379 A.2d 1351

**COMMONWEALTH of Pennsylvania**

v.

**Lawrence HAROLDSON, Appellant.**

Supreme Court of Pennsylvania.

Remand Petition Orally Presented to the Court Nov. 17, 1977.

Decided Dec. 1, 1977.

Thomas B. Rutter, Philadelphia, for appellant.

Richard B. Russell, Dist. Atty., Malcolm D. Reeves, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## ORDER

PER CURIAM.

The judgment is reversed and a new trial is awarded. *Cf. Commonwealth v. Minor*, 467 Pa. 230, 356 A.2d 346 (1976), and *Commonwealth v. Ingram*, 455 Pa. 198, 316 A.2d 77 (1974).